# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)      ◊      JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

February 5, 2010

By ECF
Hon. Faith S. Hochberg, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Courthouse Building
PO Box 999
Newark, New Jersey 07101-0999

Re:   USA v. Bryan Wilson, Crim. No. 09-cr-819 (FSH)

Dear Judge Hochberg;

I write, respectfully, to request an adjournment of Mr. Wilson's sentencing presently scheduled for February 10, 2010. I am trying a federal death penalty case, *United States v. Phillips, et al.*, 07-549, in the Eastern District of Pennsylvania before the Honorable J. Curtis Joyner, U.S.D.J. Judge Joyner's chamber's may be reached at 215-597-1537. His courtroom deputy is Sharon Carter whose number is 267-299-7419. I anticipate this trial will last through the month of April.

I have spoken to Brooke Carey, A.U.S.A. and she has no objection to the adjournment. Because Ms. Carey is taking a maternity leave, she has suggested that a new sentence date be worked out with the A.U.S.A. to whom the case is reassigned.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jean D. Barrett
Jean D. Barrett

JDB/jd

cc:   Brooke Carey, A.U.S.A. [via ecf]
      Bryan Wilson

C:\Case files\Wilson\Adjournment - Hochberg 02-03-10.wpd

*Adjournment request granted. New sentencing date to be set.*
*SO ORDERED 2/8/10*

Faith S. Hochberg, U.S.D.J.